# Rouzer's Estate.

*Wills—Probate—Signature at end thereof—Statements of fact following signature—Elimination of statements—Act of April 8, 1833, P. L. 249.*

Where a testator signs his name at the right-hand corner of a piece of paper immediately under the end of a sentence as follows: "This is my will this third day of December 1914"; and to the left of his signature, and on a line with it, wrote: "I have a note of C. A. Rouzer for $4000.00," and immediately below this he inserted in his own handwriting, "Receipt of $115.00 against Mrs. Rose Bonebreak," the two expressions, referring to the note and the receipt respectively, formed no part of the will, which the statute

requires to be signed at the end, but were statements of fact without testamentary character, and without application to the disposition which testator made of his estate. A decree eliminating such expressions from the will, as admitted to probate by the register, was proper.

Argued March 9, 1920. Appeal, No. 129, Jan. T., 1920, by Carrie B. Martin, from decree of O. C. Franklin Co., dismissing appeal from register of wills in estate of Peter Rouzer, deceased. Before BROWN, C. J., STEWART, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Affirmed.

Appeal from register of wills.

The facts are stated in the opinion of the Supreme Court.

The appeal was dismissed, GILLAN, P. J., filing the following decree:

"Now, 25th March, 1919, the decree of the register admitting to probate the will is confirmed; the decree of probate, however, in so far as it includes the unsigned addenda or memoranda is vacated and set aside. Costs to be paid out of the estate."

Carrie B. Martin appealed.

*Error assigned* was decree of court, quoting it.

*J. R. Ruthrauff*, with him *W. O. Nicklas*, for appellant, cited: Eichelberger's Est., 135 Pa. 160; Swire's Est., 225 Pa. 188; Morrow's Est., 204 Pa. 479; Churchill's Est., 260 Pa. 94.

*O. C. Bowers*, with him *Charles Walter*, for appellee, cited: Heise v. Heise, 31 Pa. 246; Linnard's App., 93 Pa. 313.

PER CURIAM, April 19, 1920:

The testator signed his name at the lower right-hand corner of a piece of paper, immediately under the end

of the following sentence: "This is my Will this third day of December 1914." To the left of his signature, and on a line with it, he wrote: "I Have a note of C. A. Rouzer for $4000.00," and immediately below this he inserted, in his own handwriting: "Receipt of $115.00 against Mrs. Rose Bonebreak." From an inspection of the will, which was submitted to us on this appeal, the correct conclusions of the learned court below were: (1) That the two foregoing expressions formed no part of it, which the act of assembly required to be signed at its end; and (2) That they were not of testamentary character, but simply statements of facts, without application to the disposition which the testator made of his estate. The decree eliminating them from the will as admitted to probate by the register is affirmed, at the costs of the appellant.

Decree affirmed.